```
 1 | DEBRA W. YANG
   | United States Attorney
 2 | JACQUELINE CHOOLJIAN
   | Assistant United States Attorney
 3 | Chief, Criminal Division
   | PETER A. HERNANDEZ (Cal. State Bar No. 178104)
 4 | CHRISTOPHER BRUNWIN (Cal. State Bar No. 158935)
   | Assistant United States Attorneys
 5 |         1400 United States Courthouse
   |         312 North Spring Street
 6 |         Los Angeles, California  90012
   |         Telephone: (213) 894-6681/4242
 7 |
   | Attorneys for Plaintiff
 8 | United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
APR 11 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 03-763 M |
|---|---|
| Plaintiff, | ) GOVERNMENT'S NOTICE OF REQUEST |
| | ) FOR DETENTION |
| v. | ) |
| SALEH MIZYED, | ) |
| Defendant. | ) |

ENTER ON ICMS
APR 15 2003

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

    1. <u>Temporary 10-day Detention Requested (§ 3142(d))
on the following grounds</u>:

        a. offense committed while defendant was on release pending (felony trial), (sentencing) (appeal) or on (probation) (parole);

        b. alien not lawfully admitted for permanent

```
 1                          residence;
 2               ____    c.  flight risk;
 3               ____    d.  danger to community.
 4        ✓       2.  Pretrial Detention Requested (§ 3142(e)) because no
 5                    condition or combination of conditions will
 6                    reasonably assure against:
 7               ✓      a.  danger to any other person or the community;
 8               ✓      b.  flight.
 9        ____    3.  Detention Requested Pending Supervised
10                    Release/Probation Revocation Hearing (Rules 32.1,
11                    46, § 3143) because defendant cannot establish a
12                    condition or combination of conditions that will
13                    reasonably assure against:
14               ____   a.  Danger to any other person or the community;
15               ____   b.  Flight.
16        ✓       4.  Presumptions Applicable to Pretrial Detention (18
17                    U.S.C. § 3142(e)):
18               ✓      a.  Title 21 offense with 10-year or greater maximum
19                           penalty (presumption of danger to community and
20                           flight risk);
21               ____   b.  firearm used or carried during offense (18 U.S.C.
22                           § 924(c)) (presumption of danger to community and
23                           flight risk);
24               ____   c.  offense under Maritime Drug Law Enforcement Act
25                           (46 U.S.C. App. 1901 et seq.) (presumption of
26                           danger to community and flight risk);
27               ____   d.  defendant currently charged with (I) crime of
28
```

```
 1                      violence, (II) offense with maximum sentence of
 2                      life imprisonment or death,(III) Title 21 offense
 3                      with ten year or greater maximum sentence, or
 4                      (IV) state or local offense that would qualify
 5                      under I, II, or III if federal jurisdiction were
 6                      present, and defendant was previously convicted
 7                      of a crime listed in I, II, or III committed
 8                      while on release pending trial, and the current
 9                      offense was committed within five years of
10                      conviction or release from prison on the above-
11                      described previous conviction (presumption of
12                      danger to community).
13          ✓   5.   Government is Entitled to Detention Hearing
14                   Under § 3142(f) Based on the Following:
15              ___  a.  crime of violence (defined in 18 U.S.C. § 3156);
16              ___  b.  maximum sentence is life imprisonment or death;
17              ✓    c.  Title 21 offense with maximum sentence of ten
18                       years or more;
19              ___  d.  instant offense is felony and defendant has two
20                       or more convictions for a crime set forth in a-c
21                       above or for an offense under state or local law
22                       that would qualify under a, b, or c if federal
23                       jurisdiction were present;
24              ✓    e.  serious risk of flight;
25              ___  f.  serious risk of (obstructing justice or
26                       attempting to obstruct justice)(threatening,
27                       injuring, or intimidating witness or juror, or
28
```

```
 1                     attempting to do so).

 2   ____    6.   Government requests continuance of _____ days for
 3                detention hearing based upon the following reason: __
 4                _____
 5                _____
 6                _____

 7   ____    7.   Good cause for continuance in excess of three days
 8                exists in that:
 9                _____
10                _____
11                _____
12                _____
13
14   DATED:    April 11, 2003.         Respectfully submitted,

15                                     DEBRA W. YANG
                                       United States Attorney
16
17                                     _____
                                       PETER A. HERNANDEZ
18                                     Assistant United States Attorney

19                                     Attorneys for Plaintiff
                                       United States of America
20
```