```
1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ZORAN J. SEGINA
4  Assistant United States Attorney
   Financial Litigation Unit
5  zoran.segina@usdoj.gov
   California Bar Number:   129676
6       Room 7516AA Federal Building
        300 North Los Angeles Street
7       Los Angeles, California 90012
        Telephone: (213) 894-6606
8       Facsimile: (213) 894-5900

9  Attorneys for Plaintiff
   United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 03-398-RMT |
| Plaintiff, ) | SATISFACTION OF JUDGMENT |
| v. ) | |
| SALEH MIZYED aka MIZYED GADER; ) ABDUAL GADER MIZYED; DERKA ) WASHINGTON, ) | |
| Defendant. ) | |

1 | TO THE ABOVE-ENTITLED COURT:

2 |     Full satisfaction of monetary impositions is hereby
3 | acknowledged of said judgment, entered November 6, 2006, in favor
4 | of the United States of America, and against Saleh Mizyed, and
5 | the Clerk is hereby authorized and directed to enter full
6 | satisfaction of record of said action.

7 |     DATED: This **23** day of January, 2008.

```
                              THOMAS P. O'BRIEN
                              United States Attorney
                              LEON W. WEIDMAN
                              Assistant United States Attorney
                              Chief, Civil Division

                              /s/ Zoran Segina
                              _____
                              ZORAN J. SEGINA
                              Assistant United States Attorney

                              Attorneys for Plaintiff
```